```
 1  JEREMY V. RICHARDS (CA SBN 102300)
    GAIL S. GREENWOOD (CA SBN 169939)
 2  PACHULSKI STANG ZIEHL & JONES LLP
    10100 Santa Monica Blvd., 13th Floor
 3  Los Angeles, CA  90067
    Telephone: 310/277-6910
 4  Facsimile: 310/201-0760
    E-mail:  jrichards@pszjlaw.com
 5           ggreenwood@pszjlaw.com

 6  Attorneys for Official Committee of Unsecured Creditors
    of Liberty Asset Management Corporation
 7
```

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>LIBERTY ASSET MANAGEMENT CORPORATION, a California corporation,<br><br>   Debtor and<br>   Debtor in Possession. | Case No.: 2:16-bk-13575-TD<br><br>Chapter 11<br><br>Adv. No. 2:16-ap-01337-TD<br><br>**DECLARATION OF REECE FULGHAM IN SUPPORT OF THE COMMITTEE'S MOTION FOR SUMMARY ADJUDICATION OF DEFENDANTS' LIABILITY FOR BREACH OF FIDUCIARY DUTIES AND ACCOUNTING** |
| OFFICIAL UNSECURED CREDITORS COMMITTEE FOR LIBERTY ASSET MANAGEMENT CORPORATION,<br><br>   Plaintiff<br><br>   vs.<br><br>LUCY GAO, an individual, and BENJAMIN KIRK, an individual,<br><br>   Defendants | Date: December 15, 2016<br>Time: 11:00 a.m.<br>Place: Courtroom 1345<br>       255 E. Temple Street<br>       Los Angeles, CA 90012<br>Judge Thomas B. Donovan |

DOCS_SF:92159.1 52593/002

001

I, Reece Fulgham, declare as follows:

1. I am a Managing Director at Sierra Constellation Partners ("SCP"), a management consulting and advisory company that maintains offices in Los Angeles. I have over 30 years of accounting, financial, and restructuring experience.

2. I submit this declaration in support of the *Motion for Summary Adjudication of Defendants' Liability for Breach of Fiduciary Duty and Accounting* (the "Motion") filed concurrently by the Committee.[1] Except as otherwise noted, I have personal knowledge of the matters set forth herein.

3. SCP provides management and advisory services to the Debtor, with Lawrence Perkins appointed as Chief Restructuring Officer pursuant to the Court's *Order Approving Application for an Order Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code Authorizing and Approving (I) Employment and Retention of Lawrence R. Perkins as Chief Restructuring Officer, and (II) Employment of Sierra Constellation Partners, LLC* [Dkt. No. 94] entered June 9, 2016.

4. On April 4, 2016, my colleague, Jeffrey Nerland along with Michelle Cano of Legal Vision Consulting Group (our third-party discovery management firm) went to the Debtor's office at 3218 E. Holt Avenue in West Covina pursuant to an agreement with Gao to retrieve documents. They were not allowed to thoroughly or meaningfully search for the Debtor's books and records that were either stored physically or electronically at the office. Instead, Gao and her agents provided them with approximately seven boxes of documents which were reviewed and a total of two boxes of documents were taken along with one computer alleged to be that of Benny Kirk. Upon further review, the documents and computer reviewed consisted of largely irrelevant files.

5. I have reviewed the Court's *Order Granting Debtor's Renewed Motion for Turnover of Property of the Estate and Books and Records Relating to Property of the Estate*, which was entered June 24, 2016 ("Turnover Order").

---

[1] Undefined capitalized terms contained in this declaration have the meaning ascribed to them in the Motion.

DOCS_SF:92159.1 52593/002

002

6. On June 27, 2016, I went to the Holt Avenue office with our third-party discovery management firm and coordinated the removal of 23 computers and 124 boxes of documents; 30 hard drives; 117 floppy disks; 116 CD/DVD data disks; 162 CD/DVD program disks; 15 cell phones; 2 cameras and 7 mini video tapes. Subsequently, we received from Benjamin Kirk's counsel 1 computer and 7 boxes of documents that allegedly belonged to Mr. Kirk.

7. Once we retrieved documents, I worked with the discovery management firm to confirm that the Debtor's available physical and electronic documents were uploaded to an electronic database (the "Database"). In the process, we segregated correspondence for review by Gao and Kirk's counsel for potential attorney-client privilege protection. The Database includes (1) 7 boxes received from Kirk and/or Debtor's counsel, (2) 124 boxes removed from the Holt Avenue office, and (3) relevant files from the hard drives from 24 computers removed from the Holt Avenue office and received from Mr. Kirk's counsel. All known books and records of the Debtor are available on the Database.

8. I have reviewed approximately 64 QuickBook files on the Database to assess the Debtor's financials. Each QuickBook file should include a record of transactions for a specific entity from inception to approximately June 27, 2016. I believe that substantial portions of the Debtor's books and records are missing, such that it is virtually impossible to determine the full extent of funds received and disbursed by the Debtor.

9. Based on my review of the QuickBook files on the Database, I determined that 32 of the 64 QuickBook files pertain to entities listed on the exhibit to the Turnover Order. The other 32 QuickBook files pertain to other entities not referenced on the exhibit to the Turnover Order. Numerous files are duplicative or additive to other files covering the same entity. Further, some of the files are password protected and could not be accessed. A detailed list of the QuickBook entity files from the Database, including the date of the first and last transactions, is attached as **Exhibit A** below.

1  I declare under penalty of perjury under the laws of the United States of America that the
2  foregoing is true and correct. Executed this 1st day of November, 2016 at Los Angeles, California.

*[Signature]*
Reece Fulgham

# EXHIBIT A

# Exhibit A

| # | Company Name | QBW File Name | Date of First Entry | Date of Last Entry |
|---|---|---|---|---|
| 1 | 544 San Antonio LLC | LAM00130725 | 7/18/14 | 4/16/16 |
|   | 544 San Antonio LLC | LAM00138255 | 1//20/16 | 3/29/16 |
|   | 544 San Antonio LLC | LAM00143454 | 10/20/14 | 3/20/15 |
| 2 | Ace Management Services LLC | LAM00137491 | 9/19/11 | 3/16/15 |
|   | Ace Management Services LLC | LAM00143264 | 9/19/11 | 2/5/14 |
|   | Ace Management Services LLC | LAM00144659 | 1/5/14 | 5/2/14 |
| 3 | American Development and Investment Regional Center LLC | LAM00138289 | 1/23/15 | 6/2/16 |
| 4 | Bridgestream Management LLC | LAM00137061 | 11/25/14 | 7/1/16 |
| 5 | Crystal Waterfalls LLC | LAM00138544 | 7/6/10 | 6/17/16 |
|   | Crystal Waterfalls LLC | LAM00145125 | 11/29/11 | 12/24/13 |
| 6 | East Heights LLC | LAM00139191 | 8/26/15 | 6/16/16 |
| 7 | FACDC Azusa LLC | LAM00139217 | 11/12/14 | 6/2/16 |
| 8 | Golden Fields REO Management LLC | LAM00139246 | 1/28/16 | 6/7/16 |
|   | Golden Fields REO Management LLC | LAM00144452 | 12/3/14 | 2/11/16 |
| 9 | Hilltop Waterfalls, LLC | LAM00143474 | 1/18/13 | 1/8/15 |
| 10 | HK Grace Building LLC | LAM00144199 | 5/1/12 | 2/13/13 |
| 11 | Huntington Giant Capital Corporation | LAM00145190 | 4/22/13 | 10/3/14 |
| 12 | Liberty Asset Management Corp. | LAM00143482 | 5/12/11 | 8/19/11 |
|   | Liberty Asset Management Corp. | LAM00143788 | Password Protected | Password Protected |
|   | Liberty Asset Management Corp. | LAM00146436 | Password Protected | Password Protected |
| 13 | Liberty CMC Corp. dba Liberty Capital Management Corp. | LAM00137273 | 3/30/12 | 3/30/12 |
|   | Liberty CMC Corp. dba Liberty Capital Management Corp. | LAM00143483 | 10/3/11 | 4/2/15 |
| 14 | Mel Canyon LLC | LAM00140169 | 6/25/15 | 6/16/16 |
| 15 | NC Project Management LLC | LAM00143812 | 8/9/11 | 8/15/11 |
|   | NC Project Management LLC | LAM00145090 | 8/2/11 | 4/25/13 |
| 16 | Oak River Asset Management LLC | LAM00137350 | 3/20/16 | 4/5/16 |
| 17 | Priority Investment Management LLC | LAM00137396 | 4/10/12 | 4/10/12 |
| 18 | Progressive Star Management LLC | LAM00140197 | 2/17/16 | 6/16/16 |
| 19 | RH Investment LLC | LAM00140217 | 12/23/14 | 6/6/16 |
| 20 | Strongwater Capital Management LLC | LAM00137454 | 7/7/15 | 2/26/16 |
| 21 | Sunshine Valley LLC | LAM00143505 | 7/25/09 | 8/5/11 |
| 22 | 10th Street Santa Monica Project LLC | No Records | | |
| 23 | 166 Geary Street Retail LLC | No Records | | |
| 24 | 220 Post SF LLC | No Records | | |
| 25 | 900 Miramonte LLC | No Records | | |
| 26 | 1001 East Limited Liability Company | No Records | | |
| 27 | 1595 17th Street LLC | No Records | | |
| 28 | 3218 Holt LLC | No Records | | |
| 29 | 7624 Wingate Limited Liability Company | No Records | | |
| 30 | 10709 Mira Loma Limited Liability Company | No Records | | |
| 31 | 13902 Clinton Limited Liability Company | No Records | | |
| 32 | Amber Valley LLC | No Records | | |
| 33 | Atherton Financial Building LLC | No Records | | |

DOCS_SF:92159.1 52593/002

| | | | | |
|---|---|---|---|---|
| 34 | Azusa Foothills Project LLC | No Records | | |
| 35 | Blackstone Capital Management LLC | No Records | | |
| 36 | Blackwood Management LLC | No Records | | |
| 37 | Bradbury Furlong LLC | No Records | | |
| 38 | Capital Advantage LLC | No Records | | |
| 39 | Coastline Investments, LLC | No Records | | |
| 40 | Diamond Waterfalls, LLC | No Records | | |
| 41 | First American Regional Center LLC | No Records | | |
| 42 | Gold River Capital Management Corporation | No Records | | |
| 43 | Gold River Valley LLC | No Records | | |
| 44 | Golden Bay Investments, LLC | No Records | | |
| 45 | Golden Field Investment LLC | No Records | | |
| 46 | Golden Shore Capital Corporation | No Records | | |
| 47 | Golden Springs Capital LLC | No Records | | |
| 48 | Golden Stone Investment LLC | No Records | | |
| 49 | Goldstone Project Management LLC | No Records | | |
| 50 | Great Horizon Investments, LLC | No Records | | |
| 51 | Green Oak Asset Management LLC | No Records | | |
| 52 | Green Oaks Capital Management Services LLC | No Records | | |
| 53 | Green Woods LLC | No Records | | |
| 54 | Greenheart Management LLC | No Records | | |
| 55 | Hilltop Suites Hotel | No Records | | |
| 56 | Huntington Springs Asset LLC | No Records | | |
| 57 | Immenual Property LLC | No Records | | |
| 58 | JSK23 LLC | No Records | | |
| 59 | Leona Capital LLC | No Records | | |
| 60 | Lowridge Place LLC | No Records | | |
| 61 | North America Asset Management Corp | No Records | | |
| 62 | North America Asset Management LLC | No Records | | |
| 63 | North America Capital LLC | No Records | | |
| 64 | North America Holding Corporation | No Records | | |
| 65 | Northstar Capital Management Corp. | No Records | | |
| 66 | Oak Fields LLC | No Records | | |
| 67 | Pacific Sunshine Investments LLC | No Records | | |
| 68 | Pacific View REO Management LLC | No Records | | |
| 69 | Rincon Villas LLC | No Records | | |
| 70 | San Francisco 722 Montgomery LLC | No Records | | |
| 71 | San Francisco O'Farrell Project LLC | No Records | | |
| 72 | Sequoia Hospitality F&B (Covina), Inc. | No Records | | |
| 73 | Sequoia Hospitality, Inc. | No Records | | |
| 74 | SF Montgomery LLC | No Records | | |
| 75 | Sincere Escrow | No Records | | |
| 76 | Sunshine Crest Corporation | No Records | | |
| 77 | Sunshine Los Altos Hills LLC | No Records | | |
| 78 | TGFR America Corp. | No Records | | |
| 79 | U.S. First American Mortgage Banker Corp. | No Records | | |
| 80 | Union Square Disney Project LLC (DE) | No Records | | |
| 81 | Union Square Grace Building Project LLC | No Records | | |
| 82 | Washe LLC | No Records | | |
| 83 | Washington Asset Management Corp. | No Records | | |
| | **QBW Files For Entities Not Listed In The Order** | | | |
| | 90 Craig Gardens of Pasadena | LAM00143096 | 8/1/10 | 8/1/11 |

DOCS_SF:92159.1 52593/002

007

| | | | |
|---|---|---|---|
| 90 Craig Gardens of Pasadena | LAM00144364 | 8/1/10 | 8/1/11 |
| American International Mortgage Corp. | LAM00144825 | 7/24/08 | 8/19/11 |
| American Liberty Mortgage | LAM00143918 | 7/31/09 | 9/14/11 |
| California Citywide Real Estate Corporation | LAM00144333 | Password Protected | |
| CNE Mortgage Services | LAM00143185 | 8/24/10 | 12/30/11 |
| CNE Mortgage Services | LAM00143457 | 5/5/10 | 11/22/11 |
| CNE Mortgage Services | LAM00144087 | 5/5/10 | 11/22/11 |
| Coldwell Banker Golden Hills | LAM00144491 | 3/22/10 | 2/06/11 |
| Country Club Villas of Chino Hills | LAM00137117 | 12/31/09 | 6/02/14 |
| Country Club Villas of Chino Hills | LAM00143377 | 12/31/09 | 7/22/14 |
| EXP Management Corporation | LAM00143190 | Password Protected | |
| First American Mergers & Acquisitions Corp | LAM00137239 | 3/31/14 | 6/10/15 |
| First American Mergers & Acquisitions Corp | LAM00143877 | 4/09/14 | 2/16/16 |
| GFC Service Corporation | LAM00144656 | 11/29/11 | 2/26/14 |
| GFC Service Corporation | LAM00144856 | Password Protected | |
| Hamilton's Steakhouse | LAM00136293 | 5/8/14 | 7/25/16 |
| Horizon Escrow Services | LAM00144202 | 1/13/11 | 12/30/11 |
| Lucy Gao | LAM00137314 | 1/1/13 | 1/1/16 |
| North America REO Management Corporation | LAM00143082 | 11/10/08 | 9/13/11 |
| North America REO Management Corporation | LAM00143982 | 11/10/08 | 9/13/11 |
| Pacific Northern Capital Corporation | LAM00143491 | 2/19/11 | 10/9/14 |
| Pacific Northern Capital Corporation | LAM00144921 | 10/29/10 | 12/08/11 |
| Pasadena Hudson Project LLC | LAM00143992 | 4/30/10 | 9/07/12 |
| Shoreline Escrow Services | LAM00144637 | 5/25/11 | 8/18/11 |
| SJ Market LLC | LAM00143164 | 11/01/13 | 12/04/14 |
| Skyline Escrow Services | LAM00144304 | 7/11/11 | 10/10/13 |
| U.S. First American Mortgage Banker Corporation | LAM00143172 | Password Protected | |
| Unnamed Company | LAM00138325 | 9/05/12 | 9/30/15 |
| Unnamed Company | LAM00138999 | 11/01/12 | 7/30/15 |
| Unnamed Company | LAM00140247 | 9/16/13 | 2/04/15 |
| Vista Escrow Services | LAM00144652 | 11/23/10 | 8/25/11 |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DOCS_SF:92159.1 52593/002

008

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California  90067**

A true and correct copy of the foregoing document entitled (*specify*):  **DECLARATION OF REECE FULGHAM IN SUPPORT OF THE COMMITTEE'S MOTION FOR SUMMARY ADJUDICATION OF DEFENDANTS' LIABILITY FOR BREACH OF FIDUCIARY DUTIES AND ACCOUNTING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **November 3, 2016**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- *Alexandre I Cornelius    aicornelius@costell-law.com, ssaad@costell-law.com;mharris@costell-law.com;jstambaugh@costell-law.com;ladelson@costell-law.com;jlcostell@costell-law.com*
- *William Crockett    wec@weclaw.com, ksa@weclaw.com*
- *Gail S Greenwood    ggreenwood@pszjlaw.com, efitzgerald@pszjlaw.com*
- *Jeremy V Richards    jrichards@pszjlaw.com, bdassa@pszjlaw.com;imorris@pszjlaw.com*
- *United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov*
- *James S Yan    jsyan@msn.com*

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **November 3, 2016**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**PERSONAL DELIVERY**
Honorable Thomas B. Donovan
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1352
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 3, 2016 | Myra Kulick | */s/ Myra Kulick* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                                              **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:302101.1 52593/002                                                                                                                                    009