WILLIAM E. CROCKETT (SBN 129383)
STEVEN R. SKIRVIN (SBN 179946)
**LAW OFFICES OF WILLIAM E. CROCKETT**
16000 Ventura Boulevard, Suite 1000
Woodland Hills, CA  91436
Phone: (818) 501-0087
Fax: (818) 501-0092
Email: wec@weclaw.com
          srs@weclaw.com

Attorneys for Defendant Benjamin Kirk

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>LIBERTY ASSET MANAGEMENT CORPORATION, a California corporation,<br><br>        Debtor and<br>        Debtor in Possession. | Case No. 2:16-bk-13575-TD<br><br>Adv. No.: 2:16-ap-01337-TD<br><br>Chapter 11<br><br>**DECLARATION OF DEFENDANT BENJAMIN KIRK IN SUPPORT OF OPPOSITION TO THE COMMITTEE'S MOTION FOR SUMMARY ADJUDICATION OF DEFENDANTS' LIABILITY FOR BREACH OF FIDUCIARY DUTIES AND ACCOUNTING** |
| OFFICIAL UNSECURED CREDITORS COMMITTEE FOR LIBERTY ASSET MANAGEMENT CORPORATION,<br><br>        Plaintiff,<br><br>v.<br><br>LUCY GAO, an individual, and BENJAMIN KIRK, an individual,<br><br>        Defendants. | Date:   December 15, 2016<br>Time:   11:00 a.m.<br>Place:  Courtroom 1345<br>        255 E. Temple Street<br>        Los Angeles, CA |

LAW OFFICE/ OF WILLIAM E. CROCKETT
16000 Ventura Boulevard, Suite 1000
Woodland Hills, CA 91436
T:(818) 501-0087 F:(818) 501-0092

I, Benjamin Kirk, declare as follows:

1. I am a defendant in the above-captioned matter.  I have personal knowledge of the matters testified to herein, and if called upon to do so, would competently testify thereto.

2. In or about early 2014, Lucy Gao ("Gao") took control of assets and entities that were always intended to be for the beneficial interest of Liberty Asset Management Corporation ("Liberty").  However, Gao continued to pay certain obligations of Liberty so that it was able to continue operating for a time.  Around this time, Gao excluded me from the business.

3. Liberty did business by acquiring properties and placing them into single purpose entities that were assets of Liberty.

4. I later learned that later in 2014-2015, Gao disabled some of Liberty's operations, stopped paying creditors and started selling Liberty assets.  Until this time, Liberty was able to pay its obligations on time and owned directly or beneficially sufficient assets to satisfy its liabilities.

5. During 2014-2015 I tried to work with Gao to get her to pay creditors as I believed that was the best approach for Liberty.  Many times she said she would, but when time came to pay, she refused. Once I realized that my efforts were fruitless, I started interviewing attorneys the second half of 2015 to try to figure out a solution.

6. I learned in approximately late 2015 that Gao deleted my emails and the emails of my assistant Vanessa Lavandera.

7. In March 2016, I contacted the police to gain access to Liberty's offices.  She told the police to escort me out (and they did) because she had transferred title of Liberty's offices to herself.

8. I was unable to convince Gao to give me back some measure of control of Liberty.

9. I never consented to Gao's exercise of control and claims of ownership of funds and properties belonging beneficially or in name to Liberty (regardless of the entity they were held in).

LAW OFFICE OF WILLIAM E. CROCKETT
16000 Ventura Boulevard, Suite 1000
Woodland Hills, CA 91436
T:(818) 501-0087 F:(818) 501-0092

1    10.    For each of the properties where Gao was permitted to exercise control, such

2  control was always intended to be for the beneficial interest of Liberty.

3    11.    Gao and I had a history of working together.  We were together for 10 years, and

4  have a child together.  Prior to our work dispute (which arose because our personal relationship

5  fell apart), I had no indication she would wrongfully take money which did not belong to her,

6  claim Liberty's properties were her own and reject Liberty's beneficial ownership, delete

7  emails, remove documents or apparently shred documents.

8    12.    After being unable to regain control of Liberty and those entities which were

9  created and held assets for Liberty's beneficial interest, I engaged the law firm of Levene,

10  Neale, Bender, Yoo & Brill to assist in regaining control of Liberty and paying Liberty's

11  creditors because my efforts to regain control outside the courts failed.

12    13.    Upon advice of counsel, I caused Liberty to file Chapter 11 bankruptcy to

13  accomplish these goals.  I have always done what I believed was in Liberty's best interests

14  based on the knowledge I had at the time.

15    14.    Liberty paid $1,000,000 to North America Asset Management Corp. in 2013

16  (Committee's Exhibit U attached to Richards Decl.) for commission earned.

17    15.    I did not learn that Gao took money from the Geary property, nor about the other

18  moneys she took during that time frame, until in or about March 2015.  I learned about her

19  other actions at various later times, but it was not until after the bankruptcy was filed that I

20  learned the full extent of her wrongdoing.  I was not able to convince her to return the money,

21  or any money or property she may have wrongfully taken.

22    I declare under penalty of perjury under the laws of the United States of America that

23  the foregoing is true and correct.

24    Executed this 5th day of December, 2016 at _____, California.

25

26    

BENJAMIN KIRK

27

28

LAW OFFICE OF WILLIAM E. CROCKETT
16000 Ventura Boulevard, Suite 1000
Woodland Hills, CA 91436
T:(818) 501-0087 F:(818) 501-0092

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
16000 Ventura Blvd., Suite 1000, Encino, CA 91436.


A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF BENJAMIN KIRK IN SUPPORT OF OPPOSITION TO COMMITTEE'S MOTION FOR SUMMARY ADJUDICATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On December 5, 2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

   Alexandre I Cornelius aicornelius@costell-law.com, ssaad@costell-law.com;mharris@costelllaw.com;
   jstambaugh@costell-law.com;ladelson@costell-law.com;jlcostell@costell-law.com
   Gail S Greenwood ggreenwood@pszjlaw.com, efitzgerald@pszjlaw.com
   Jeremy V Richards jrichards@pszjlaw.com, bdassa@pszjlaw.com; imorris@pszjlaw.com
   United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
   James S Yan jsyan@msn.com

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) December 5, 2016, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) December 5, 2016, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
Hon. Thomas B. Donovan
United States Bankruptcy Court
255 E. Temple Street, Suite 1352
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 5, 2016 | Steven R. Skirvin | */s/ Steven R. Skirvin* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                    **F 9013-3.1.PROOF.SERVICE**