1  Alexandre Ian Cornelius (SBN 180652)
   Summer Saad (SBN 250337)
2  **COSTELL & CORNELIUS LAW CORPORATION**
   1299 Ocean Avenue, Suite 450
3  Santa Monica, CA 90401
   Telephone:    (310) 458-5959
4  Facsimile:    (310) 458-7959
   Email: acornelius@costell-law.com
5  Email: ssaad@costelllaw.com

6  Attorneys for Defendant LUCY GAO

7

8              **UNITED STATES BANKRUPTCY COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10                  **LOS ANGELES DIVISION**

11 | In re                                    | Case No.: 2:16-bk-13575-TD
12 | LIBERTY   ASSET   MANAGEMENT             | Chapter 11
13 | CORPORATION, a California corporation,   | Adv. No. 2:16-ap-01337-TD
14 |          Debtor.                         |

15 |                                          | **NOTICE OF ERRATA TO GAO'S
16 | OFFICIAL  UNSECURED  CREDITORS           | EVIDENTIARY OBJECTIONS TO THE
   | COMMITTEE  FOR  LIBERTY  ASSET           | DECLARATIONS OF REECE FULGHAM,
17 | MANAGEMENT CORPORATION,                  | SHAO FANG HUANG, ERIC HELD, AND
   |                                          | JEREMY RICHARDS IN SUPPORT OF
18 |          Plaintiff,                      | THE COMMITTEE'S MOTION FOR
   |                                          | SUMMARY ADJUDICATION OF
19 | v.                                       | DEFENDANTS' LIABILIITY FOR
   |                                          | BREACH OF FIDUCIARY DUTIES AND
20 | LUCY GAO, an individual, and             | ACCOUNTING**
   | BENJAMIN KIRK, an individual
21 |                                          | Date:  December 21, 2016
22 |          Defendants.                     | Time:  11:00am
   |                                          | Place: Courtroom 1345
23 |                                          |        255 E. Temple St.
   |                                          |        Los Angeles, CA 90012
24
25
26
27
28

                              1

1    Please take notice that on December 5, 2016 Defendant LUCY GAO (hereinafter,

2  "Defendant") filed Gao's Evidentiary Objections to the Declarations of Reece Fulgham, Shao

3  Fang Huang, Eric Held, and Jeremy Richards in Support of the Committee's Motion For Summary

4  Adjudication of Defendants' Liability for Breach of Fiduciary Duties And Accounting [Docket

5  No. 32], but inadvertently uploaded the wrong document.

6

7    Exhibit A of this Errata is intended to replace, in its entirety, Docket No. 32.

8

9  Date: December 6, 2016          **COSTELL & CORNELIUS LAW CORPORATION**

10

11          By:___*/s/ Alexandre Ian Cornelius*_____
                  ALEXANDRE IAN CORNELIUS
                  SUMMER SAAD
12                Attorneys for Respondent Lucy Gao

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT A

1   ALEXANDRE IAN CORNELIUS (State Bar No. 180652)
2   JOSHUA S. STAMBAUGH (State Bar No. 233834)
    SUMMER R. SAAD (State Bar No. 250337)
3   **COSTELL & CORNELIUS LAW CORPORATION**
    1299 Ocean Ave., Suite 450
4   Santa Monica, California 90401
    Telephone:  (310) 458-5959
5   Facsimile:  (310) 458-7959
    Email: acornelius@costell-law.com; ssaad@costell-law.com
6
7   Attorneys for Defendant LUCY GAO
8
                    **UNITED STATES BANKRUPTCY COURT**
9
                    **CENTRAL DISTRICT OF CALIFORNIA**
10
                         **LOS ANGELES DIVISION**
11

12   In re                              Case No. 2:16-bk-13575-TD

13   LIBERTY    ASSET    MANAGEMENT      Chapter 11
     CORPORATION, a California corporation,
14                                       Adv. No. 2:16-ap-01337-TD
              Debtor.
15   ─────────────────────────────     **GAO'S EVIDENTIARY OBJECTIONS**
16   OFFICIAL   UNSECURED   CREDITORS    **TO THE DECLARATIONS OF REECE**
     COMMITTEE   FOR   LIBERTY   ASSET   **FULGHAM, SHAO FANG HUANG,**
17   MANAGEMENT CORPORATION,             **ERIC HELD, AND JEREMY**
                                         **RICHARDS IN SUPPORT OF THE**
18            Plaintiff,                 **COMMITTEE'S MOTION FOR**
                                         **SUMMARY ADJUDICATION OF**
19   v.                                  **DEFENDANTS' LIABILITY FOR**
                                         **BREACH OF FIDUCIARY DUTIES**
20   LUCY GAO, an individual, and BENJAMIN  **AND ACCOUNTING**
     KIRK, an individual
21                                       Date:  December 21, 2016
              Defendants.               Time:  11:00am
22                                       Place: Courtroom 1345
                                                255 E. Temple St.
23                                              Los Angeles, CA 90012
                                         Judge: Thomas B. Donovan
24
25
26   ─────────────────────────────
27
28
                                         ─────────────────────────────
                                         EVIDENTIARY OBJECTIONS TO DECLARATIONS OF
                                         FULGHAM, HUANG, HELD, AND RICHARDS

1  TO THE UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF

2  CALIFORNIA, LOS ANGELES DIVISION, TO ALL PARTIES AND TO THEIR

3  RESPECTIVE COUNSEL OF RECORD:

4  Defendant LUCY GAO hereby objects to the Declarations of Reece Fulgham, Eric Held,

5  Shao Fang Huang, and Jeremy V. Richards in support of the Committee's Motion for Summary

6  Adjudication of Defendants' Liability for Breach of Fiduciary Duties and Accounting as follows:

7  **I.  EVIDENTIARY OBJECTIONS TO DECLARATION OF REECE FULGHAM:**

8  1.  **Objectionable Testimony:** Page 2, Paragraph 4, Lines 19-22, which state: "They were

9  not allowed to thoroughly or meaningfully search for the Debtor's books and records that were

10  either stored physically or electronically at the office. Instead, Gao and her agents provided them

11  with approximately seven boxes of documents which were reviewed and a total of two boxes of

12  documents were taken along with one computer alleged to be that of Benny Kirk."

13  **Objection: Hearsay [FRE 801]; Lack of foundation; Lack of authentication [FRE**

14  **901, 902];  Calls for speculation; Beyond the scope of the declarant's personal knowledge**

15  **[FRE 602]; Irrelevant [FRE 401, 402]; Vague and ambiguous as to the terms "thoroughly"**

16  **and "meaningfully".**

17  _____Sustained    _____Overruled

18  2.  **Objectionable Testimony:** Page 2, Paragraph 4, Lines 22-23, which state: "Upon further

19  review, the documents and computer reviewed consisted largely of irrelevant files."

20  **Objection: Hearsay [FRE 801]; Lack of foundation; Lack of authentication [FRE**

21  **901, 902];  Calls for speculation; Beyond the scope of the declarant's personal knowledge**

22  **[FRE 602]; Irrelevant [FRE 401, 402];**

23  _____Sustained    _____Overruled

24  3.  **Objectionable Testimony:** Page 3, Paragraph 8, Lines 16-18, which state: "I believe that

25  substantial portions of the Debtor's books and records are missing, such that it is virtually

26  impossible to determine the full extent of funds received and disbursed by the Debtor."

27  **Objection: Hearsay [FRE 801]; Lack of foundation; Lack of authentication [FRE**

28

EVIDENTIARY OBJECTIONS TO DECLARATIONS OF
FULGHAM, HUANG, HELD AND RICHARDS

901, 902];  **Calls for speculation; Beyond the scope of the declarant's personal knowledge**
**[FRE 602]; Irrelevant [FRE 401, 402];**

_____Sustained    _____Overruled

4. **Objectionable Testimony [FRE 602] :** Page 3, Paragraph 9, Lines 23-25, which state: "A
detailed list of the QuickBook entity files from the Database, including the date of the first
and last transactions, is attached as Exhibit A below."

**Objection: Lack of Foundation; Hearsay [FRE 801]; Not properly authenticated**
**[FRE 901, 902]; Violation of FRE 1006.**

_____Sustained    _____Overruled

## II. EVIDENTIARY OBJECTIONS TO DECLARATION OF SHAO FANG HUANG

1. **Objectionable Testimony:** Page 2, Paragraph 2, Lines 4-7, which state: "Attached hereto
as Exhibit A is a true and correct copy of the investment agreement between Lee Walgreens and
the Debtor, entitled Disclosure Acknowledgement and Commitment to Purchase and Sell Real
Estate Assets Agreement and dated March 23, 2013 (the 'Investment Contract')."

**Objection: Lack of Authentication [FRE 901, 902]; Hearsay [FRE 801]; Irrelevant**
**[FRE 401, 402].**

_____Sustained    _____Overruled

2. **Objectionable Testimony:** Page 2, Paragraph 2, Lines 7-9, which state: "Pursuant to the
Investment Contract, the Debtor was obligated to attempt to purchase real estate located at 3931
Alemany Boulevard in San Francisco (the "Target Property") upon receipt of Lee Walgreens'
deposit."

**Objection: Lack of Authentication [FRE 901, 902]; Hearsay [FRE 801]; Irrelevant**
**[FRE 401, 402].**

_____Sustained    _____Overruled

3. **Objectionable Testimony:** Page 2, Paragraph 3, Lines 10-12, which state: "Attached

hereto as <u>Exhibit B</u> is a true and correct copy of the escrow wiring instructions and the bank's

wire confirmation reflecting Lee Walgreens' deposit of $3 million (the 'Lee Walgreens Deposit')

with Sincere Escrow on March 26, 2013."

   **Objection: Lack of Authentication [FRE 901, 902]; Hearsay [FRE 801]; Irrelevant**

**[FRE 401, 402].**

   _____Sustained          _____Overruled

   **4.  Objectionable Testimony:** Page 2, Paragraph 4, Lines 13-18, which state: "Attached

hereto as <u>Exhibit C</u> is a true and correct copy of the first amendment of the Investment Contract

between Lee Walgreens and the Debtor, entitled Addendum to Disclosure Acknowledgement and

Commitment to Purchase and Sell Real Estate Assets Agreement and dated September 9, 2013

(the 'First Amended Investment Contract'). Pursuant to the First Amended Investment Contract,

the closing date for the purchase of the Target Property was extended to June 26, 2014."

   **Objection: Lack of Authentication [FRE 901, 902]; Hearsay [FRE 801]; Irrelevant**

**[FRE 401, 402].**

   _____Sustained          _____Overruled

   **5.  Objectionable Testimony:** Page 2, Paragraph 5, Lines 19-24, which state: "Attached

hereto as <u>Exhibit D</u> is a true and correct copy of the second amendment of the Investment

Contract between Lee Walgreens the Debtor, entitled Addendum and Disclosure

Acknowledgement and Commitment to Purchase and Sell Real Estate Assets Agreement and

dated September 9, 2014 (the 'Second Amended Investment Contract'). Pursuant to the Second

Amended Investment Contract, the closing date for the purchase of the Target Property was

further extended to June 26, 2015."

   **Objection: Lack of Authentication [FRE 901, 902]; Hearsay [FRE 801].**

   _____Sustained          _____Overruled

   **6.  Objectionable Testimony:** Page 2-, Paragraph 6, Lines 25-26 – Page 3, Paragraph 6,

Lines 1-3, which state: "Attached hereto as <u>Exhibit E</u> is a true and correct copy of the cancellation

of the Investment Contract between Lee Walgreens and the Debtor, entitled Cancellation of

Disclosure Acknowledgement and Commitment to Purchase and Sell Real Estate Assets

EVIDENTIARY OBJECTIONS TO DECLARATIONS OF
FULGHAM, HUANG, HELD AND RICHARDS

Agreement and dated March 26, 2015 (the 'Canceled Investment Contract'). Pursuant to the Canceled Investment Contract, the Debtor shall fully refund the Lee Walgreens Deposit on or before May 31, 2015."

**Objection: Lack of Authentication [FRE 901, 902]; Hearsay [FRE 801]; Irrelevant [FRE 401, 402] The document attached is only signed by one party and is not even signed by the Debtor.**

_____Sustained        _____Overruled

7.  **Objectionable Testimony:** Page 3, Paragraph 7, Lines 4-7, which state: "To date, the Debtor did not purchase the Target Property."

**Objection: Lack of foundation; Calls for speculation; Beyond the scope of the declarant's knowledge [FRE 602].**

_____Sustained        _____Overruled

## III. EVIDENTIARY OBJECTIONS TO DECLARATION OF ERIC HELD

The entire declaration is objectionable because the declarant lacks foundation to make any of the statements set forth therein. The declarant does not set forth any facts to show that he personally undertook any of the work referenced in the declaration or how he has any personal knowledge regarding what work occurred, how it was performed, the methodology used and, for the alleged results and conclusions, the entire declaration is pure speculation on the part of this declarant.

1.  **Objectionable Testimony:** Page 2, Paragraph 4, Lines 12-16, which state: "DSI conducted an evaluation and partial review of the electronic database of documents made available on the eDirect365 website (the 'Database') by the Debtor's Chief Restructuring Officer as well as certain other bank account, tax and other documents (the "Other Documents") provided by the Debtor directly to counsel to the Official Unsecured Creditors Committee for Liberty Asset Management Corporation ('Counsel')."

**Objection: Vague and ambiguous as to what was actually received by the declarant.**

EVIDENTIARY OBJECTIONS TO DECLARATIONS OF
FULGHAM, HUANG, HELD AND RICHARDS

1            **Sustained**            **Overruled**

2       **2. Objectionable Testimony:** Page 2, Paragraph 4, Lines 16-18, which state: "For

3 reasons set forth below, the Database and Other Documents do not provide a complete picture of

4 the Debtor's financial affairs preceding the bankruptcy."

5       **Objection: Hearsay [FRE 801]; Lack of foundation; Lack of authentication [FRE**

6 **901, 902]; Beyond the scope of declarant's knowledge [FRE 602]; Irrelevant [FRE 401, 402].**

7            **Sustained**            **Overruled**

8       **3. Objectionable Testimony:** Page 2, Paragraph 5, Lines 19-26 – Page 3, Paragraph 5,

9 Lines 1-3, which state: "As of September 30, 2016, the Database consisted of 20,796 files. Of the

10 20,796 files in the Database, 11,087 files contain source metadata, including source file name and

11 source folder path, from which one can attempt to learn about the nature and relevance of each

12 file. DSI reviewed the list of 11,087 files containing metadata, flagged potentially relevant files

13 for further review and reviewed the flagged files to identify relevant information. Of the 11,087

14 files, only 365 files contain a source file name or source folder name pertaining to the Debtor.

15 The vast majority of these 365 files contain no relevant information for purposes of tracing

16 receipt and disbursement of Debtor funds. Of the 11,087 files, the remaining 10,722 files are

17 related to other entities affiliated with the Debtor ('Investment Entities'), but there is insufficient

18 information to identify all of the Investment Entities and their respective assets and liabilities at a

19 specific point in time."

20       **Objection: Hearsay [FRE 801]; Lack of foundation; Lack of authentication [FRE**

21 **901, 902]; Beyond the scope of declarant's knowledge [FRE 602]; Irrelevant [FRE 401, 402].**

22            **Sustained**            **Overruled**

23       **4. Objectionable Testimony:** Page 3, Paragraph 7, Lines 10-11, which state: " I am

24 aware that 624 files were tagged as 'Quickbook Files' by Michelle Cano of Legal Vision

25 Consulting Group."

26       **Objection: Lack of foundation; Calls for speculation; Beyond the scope of**

27 **declarant's knowledge [FRE 602].**

28            **Sustained**            **Overruled**

EVIDENTIARY OBJECTIONS TO DECLARATIONS OF
FULGHAM, HUANG, HELD AND RICHARDS

5.  **Objectionable Testimony:**  Page 3, Paragraph 7, Lines 11-14, which state: "DSI reviewed each of the 624 files and determined that none of the files contain accounting records relating to the Debtor and therefore contain insufficient information for purposes of tracing receipt and disbursement of Debtor funds."

**Objection: Beyond the scope of declarant's knowledge [FRE 602]; Lack of foundation; Calls for speculation.**

_____Sustained    _____Overruled

6.  **Objectionable Testimony:**  Page 3, Paragraph 8, Lines 15-21 which state: "DSI separately conducted a search of documents by document type and identified 98 files with a QuickBooks file extension of either *.QBB or *.QBW, each of which contain source file metadata. DSI reviewed 50 of the 98 QuickBooks files identified within the database. The remaining files were deemed to be not relevant as they pertained to the Investment Entities or other parties. Of the 98 QuickBooks files, only three files represented the Debtor's accounting records, two of which are password protected and not reviewable by DSI."

**Objection: Lack of foundation; Calls for speculation; Beyond the scope of the declarant's knowledge [FRE 602]; Irrelevant [FRE 401, 402].**

_____Sustained    _____Overruled

7.  **Objectionable Testimony:**  Page 4, Paragraph 9, Lines 1-6, which state: " From the Other Documents, DSI obtained 68 unsigned tax returns or tax return related material for 25 entities across 2012-2015. Of the 68 tax files, only three files contained unsigned federal and state tax packages including work papers for the Debtor for 2012-2014, but are limited to 75 pages in total across the three years. Only a few tax files were identified in the Database, but none pertained to the Debtor. Based on DSI's review of the available tax files, there is not a complete set of tax returns for the Debtor over the last five years."

**Objection: Lack of foundation; Calls for speculation; Beyond the scope of the declarant's knowledge [FRE 602]; Irrelevant [FRE 401, 402].**

_____Sustained    _____Overruled

EVIDENTIARY OBJECTIONS TO DECLARATIONS OF
FULGHAM, HUANG, HELD AND RICHARDS

8.  **Objectionable Testimony:** Page 4, Paragraph 10, Lines 7-12, which state: "The Other Documents contain certain bank statements for the Debtor and HK Grace Building LLC and the Database contains certain other bank account statements. The Debtor's bank statements which were observed were limited to a single accounting ending in x242 for the period from July 2012 to April 2015. Overall, the bank statements provided are incomplete."

**Objection: Lack of foundation; Calls for speculation; Beyond the scope of the declarant's knowledge [FRE 602]; Irrelevant [FRE 401, 402].**

_____Sustained    _____Overruled

9.  **Objectionable Testimony:** Page 4, Paragraph 11, Lines 13-16, which state: "The Database and the Other Documents are not a complete set of the Debtor's books and records. In my opinion, the Database does not contain sufficient information to account for funds received and disbursed by the Debtor during the last two years, much less during the last four years."

**Objection: Lack of foundation; Calls for speculation; Beyond the scope of the declarant's knowledge [FRE 602]; Irrelevant [FRE 401, 402].**

_____Sustained    _____Overruled

## IV. EVIDENTIARY OBJECTIONS TO DECLARATION OF JEREMY RICHARDS

1.  **Objectionable Testimony:** Page 2, Paragraph 4, Lines 21-23, which state: "Attached hereto as Exhibit A is a copy of an Investment Contract between the Debtor and Huesing Holdings LLC dated September 9, 2014, entitled Non-Specific Asset Management Contract."

**Objection: Hearsay [FRE 801]; Lack of foundation; Lack of authentication [FRE 901, 902]; Beyond the scope of declarant's knowledge [FRE 602]; Irrelevant [FRE 401, 402].**

_____Sustained    _____Overruled

///
///
///
///
///

EVIDENTIARY OBJECTIONS TO DECLARATIONS OF
FULGHAM, HUANG, HELD AND RICHARDS

1    **2. Objectionable Testimony:** Page 2, Paragraph 5, Lines 24-26, which state: "Attached

2    hereto as Exhibit B are true and correct excerpts from the transcript of the Section 341(a) Meeting

3    of Creditors conducted by the United States Trustee's Office on April 25, 2016".

4    **Objection: Hearsay [FRE 801]; Lack of foundation; Lack of authentication [FRE**

5    **901, 902]; Beyond the scope of declarant's knowledge [FRE 602]; Irrelevant [FRE 401, 402].**

6    _____**Sustained**    _____**Overruled**

7    **3. Objectionable Testimony:** Page 3, Paragraph 5, Lines 24-26, which state: "Attached

8    hereto as Exhibit C are true and correct excerpts from the transcript of the Court's hearing

9    on June 22, 2016 regarding the Renewed Motion for Turnover of Property of the Estate

10    and Books and Records Relating to Property of the Estate".

11    **Objection: Hearsay [FRE 801]; Lack of foundation; Lack of authentication [FRE**

12    **901, 902]; Beyond the scope of declarant's knowledge [FRE 602]; Irrelevant [FRE 401, 402].**

13    _____**Sustained**    _____**Overruled**

14    **4. Objectionable Testimony:** Page 3, Paragraph 7, Lines 5-7, which state: "Attached

15    hereto as Exhibit D are true and correct excerpts from the transcript of the deposition of Benjamin

16    Kirk on September 18, 2013 in the case of *UN Plaza LLC v. UN Plaza Associates, LP, et al.*, San

17    Francisco Superior Court, Case No. CGC-12-521738".

18    **Objection: Hearsay [FRE 801]; Lack of foundation; Lack of authentication [FRE**

19    **901, 902]; Beyond the scope of declarant's knowledge [FRE 602]; Irrelevant [FRE 401, 402].**

20    _____**Sustained**    _____**Overruled**

21    **5. Objectionable Testimony:** Page 3, Paragraph 8, Lines 8-10, which state: "Attached

22    hereto as Exhibit E is a true and correct copy of Defendant Lucy Gao's Response to JD Brothers,

23    LLC's First Set of Requests for Admission dated May 16, 2016, served on a member of the

24    Committee in the case of *JD Brothers LLC, et al. v. Liberty Asset Management Corp., et al.*,

25    USDC ND Cal., Case No. 15-cv-01373-VC".

26    **Objection: Hearsay [FRE 801]; Lack of foundation; Lack of authentication [FRE**

27    **901, 902]; Beyond the scope of declarant's knowledge [FRE 602]; Irrelevant [FRE 401, 402].**

28    _____**Sustained**    _____**Overruled**

EVIDENTIARY OBJECTIONS TO DECLARATIONS OF
FULGHAM, HUANG, HELD AND RICHARDS

1   **6. Objectionable Testimony:** Page 3, Paragraph 9, Lines 12-15, which state: "Attached

2   hereto as Exhibit F is a true and correct copy of Defendant Lucy Gao's Response to JD Brothers,

3   LLC's First Set of Interrogatories dated May 16, 2016, served on a member of the Committee in

4   the case of *JD Brothers LLC, et al. v. Liberty Asset Management Corp., et al.*, USDC ND Cal.,

5   Case No. 15-cv-01373-VC".

6      **Objection: Hearsay [FRE 801]; Lack of foundation; Lack of authentication [FRE**

7   **901, 902]; Beyond the scope of declarant's knowledge [FRE 602]; Irrelevant [FRE 401, 402].**

8      _____**Sustained**   _____**Overruled**

9   **7. Objectionable Testimony:** Page 3, Paragraph 10, Lines 16-18, which state: "Attached

10  hereto as Exhibit G is a copy of a document maintained among the Debtor's books and records,

11  consisting of Biographical and Financial Reports signed by Gao and submitted to the Federal

12  Deposit Insurance Corporation as of November 24, 2012".

13     **Objection: Hearsay [FRE 801]; Lack of foundation; Lack of authentication [FRE**

14  **901, 902]; Beyond the scope of declarant's knowledge [FRE 602]; Irrelevant [FRE 401, 402].**

15     _____**Sustained**   _____**Overruled**

16  **8. Objectionable Testimony:** Page 3, Paragraph 11, Lines 19-20, which state: "Attached

17  hereto as Exhibit H is a copy of a document maintained among the Debtor's books and records,

18  consisting of a financial report signed by Gao on May 22, 2012".

19     **Objection: Hearsay [FRE 801]; Lack of foundation; Lack of authentication [FRE**

20  **901, 902]; Beyond the scope of declarant's knowledge [FRE 602]; Irrelevant [FRE 401, 402].**

21     _____**Sustained**   _____**Overruled**

22  **9. Objectionable Testimony:** Page 3, Paragraph 12, Lines 21-22, which state: "Attached

23  hereto as Exhibit I is an email received from Debtor's counsel dated June 21, 2013 from Gao to

24  Margaret Chiu re 'Wire Instructions FMM and Dean'".

25     **Objection: Hearsay [FRE 801]; Lack of foundation; Lack of authentication [FRE**

26  **901, 902]; Beyond the scope of declarant's knowledge [FRE 602]; Irrelevant [FRE 401, 402].**

27     _____**Sustained**   _____**Overruled**

28

EVIDENTIARY OBJECTIONS TO DECLARATIONS OF
FULGHAM, HUANG, HELD AND RICHARDS

1    **10.  Objectionable Testimony:** Page 3, Paragraph 13, Lines 23-24, which state: "Attached

2    hereto as Exhibit J is a Borrower's Estimated Settlement Statement from First American Title

3    Company signed by Gao and dated April 1, 2014".

4    **Objection: Hearsay [FRE 801]; Lack of foundation; Lack of authentication [FRE**

5    **901, 902]; Beyond the scope of declarant's knowledge [FRE 602]; Irrelevant [FRE 401, 402].**

6    _____Sustained    _____Overruled

7    **11.  Objectionable Testimony:** Page 3, Paragraph 14, Lines 25-26, which state: "Attached

8    hereto as Exhibit K is a Seller's Estimated Settlement Statement from First American Title

9    Company signed by Gao and dated June 5, 2015".

10    **Objection: Hearsay [FRE 801]; Lack of foundation; Lack of authentication [FRE**

11    **901, 902]; Beyond the scope of declarant's knowledge [FRE 602]; Irrelevant [FRE 401, 402].**

12    _____Sustained    _____Overruled

13    **12.  Objectionable Testimony:** Page 3, Paragraph 15, Lines 27-28 through Page 4, Paragraph

14    15, Lines 1-8, which state: "Attached hereto as Exhibit L are operating agreements maintained

15    among the Debtor's books and records, pertaining to the following Investment Entities managed

16    by Gao:

17    •   HK Grace Building LLC

18    •   Strong Water Capital Management LLC

19    •   SGCC DTLA 81, LLC, which is solely owned by Huntington Giant Capital

20        Corporation

21    •   Coastline Investments LLC

22    •   Diamond Waterfalls LLC

23    •   Atherton Financial Building LLC

24    •   Pacific View REO Management LLC

25    •   FACDC Azusa LLC

26    •   1595 17th Street LLC

27    •   544 San Antonio Road LLC"

28    ///

EVIDENTIARY OBJECTIONS TO DECLARATIONS OF
FULGHAM, HUANG, HELD AND RICHARDS

1   **Objection: Hearsay [FRE 801]; Lack of foundation; Lack of authentication [FRE**

2   **901, 902]; Beyond the scope of declarant's knowledge [FRE 602]; Irrelevant [FRE 401, 402].**

3   _____ **Sustained**   _____ **Overruled**

4   **13. Objectionable Testimony:** Page 4, Paragraph 16, Lines 10-13, which state: "Attached

5   hereto as Exhibit M are additional operating agreements maintained among the Debtor's books

6   and records, pertaining to the following Investment Entities managed by Gao:

7   •   East Heights LLC

8   •   Bridgestream Management LLC

9   •   Green Oak Asset Management LLC"

10   **Objection: Hearsay [FRE 801]; Lack of foundation; Lack of authentication [FRE**

11   **901, 902]; Beyond the scope of declarant's knowledge [FRE 602]; Irrelevant [FRE 401, 402].**

12   _____ **Sustained**   _____ **Overruled**

13   **14. Objectionable Testimony:** Page 4, Paragraph 17, Lines 14-18, which state: "Attached

14   hereto as Exhibit N is the operating agreements of First American Regional Center LLC and an

15   absolute assignment of interest in American Development and Investment Regional Center LLC,

16   both of which were maintained among the Debtor's books and records and reflect Gao as the

17   holder of all interests."

18   **Objection: Hearsay [FRE 801]; Lack of foundation; Lack of authentication [FRE**

19   **901, 902]; Beyond the scope of declarant's knowledge [FRE 602]; Irrelevant [FRE 401, 402].**

20   _____ **Sustained**   _____ **Overruled**

21   **15. Objectionable Testimony:** Page 4, Paragraph 18, Lines 19-21, which state: "Attached

22   hereto as Exhibit O are quitclaim deeds signed by Kirk pertaining to the Debtor's real properties

23   at 1020 South Baldwin Avenue in Arcadia, CA and 415 Huntington Drive in San Marino, CA."

24   **Objection: Hearsay [FRE 801]; Lack of foundation; Lack of authentication [FRE**

25   **901, 902]; Beyond the scope of declarant's knowledge [FRE 602]; Irrelevant [FRE 401, 402].**

26   _____ **Sustained**   _____ **Overruled**

27   ///

28

EVIDENTIARY OBJECTIONS TO DECLARATIONS OF
FULGHAM, HUANG, HELD AND RICHARDS

1    **16. Objectionable Testimony:** Page 4, Paragraph 19, Lines 22-25, which state: "Attached

2    hereto as Exhibit P are signature cards received from Mega Bank and East West Bank pursuant to

3    the Committee's document requests. The signature cards pertain to the accounts in the name of

4    the Debtor at Mega Bank (xxx0764, xxx0913, xxx1242) and at East West Bank (xxx3418 and

5    xxx3390), and reflect Kirk and Gao as authorized signatories."

6        **Objection: Hearsay [FRE 801]; Lack of foundation; Lack of authentication [FRE**

7    **901, 902]; Beyond the scope of declarant's knowledge [FRE 602]; Irrelevant [FRE 401, 402].**

8        _____Sustained        _____Overruled

9    **17. Objectionable Testimony:** Page 4, Paragraph 20, Lines 26-28 through Page 5, Paragraph

10   20, Lines 1-2, which state: "Attached hereto as Exhibit Q are signature cards received from Mega

11   Bank pursuant to the Committee's document request pertaining to accounts of the following

12   Investment Entities: HK Grace Building LLC (xxx1622), Strong Water Capital Management LLC

13   (XXX1408), Diamond Waterfalls LLC (xxx1416), Coastline Investments LLC (xxx1465),

14   Bridgestream Management LLC (xx1507), and Crystal Waterfalls LLC (xxx1457)."

15       **Objection: Hearsay [FRE 801]; Lack of foundation; Lack of authentication [FRE**

16   **901, 902]; Beyond the scope of declarant's knowledge [FRE 602]; Irrelevant [FRE 401, 402].**

17       _____Sustained        _____Overruled

18   **18. Objectionable Testimony:** Page 5, Paragraph 21, Lines 3-5, which state: "Attached

19   hereto as Exhibit R are monthly account statements, check copies, and wire transfer confirmations

20   received from Mega Bank pursuant to the Committee's document request.  The documents

21   pertain to the account of Investment Entity, HK Grace Building LLC."

22       **Objection: Hearsay [FRE 801]; Lack of foundation; Lack of authentication [FRE**

23   **901, 902]; Beyond the scope of declarant's knowledge [FRE 602]; Irrelevant [FRE 401, 402].**

24       _____Sustained        _____Overruled

25   **19.  Objectionable Testimony:** Page 5, Paragraph 22, Lines 26-28, which state: "Attached

26   hereto as Exhibit S are signature cards received from Mega Bank pursuant to the Committee's

27   document requests regarding accounts in the name of the following purported escrow entities (on

28   which Gao was an authorized signatory):

13        EVIDENTIARY OBJECTIONS TO DECLARATIONS OF
          FULGHAM, HUANG, HELD AND RICHARDS

- Diamond Point Real Estate Corp. dba Skyline Escrow Services
- New Life Real Estate Corp dba Shoreline Escrow Services
- New Life Real Estate Corp dba Vista Escrow Services
- American Heritage Escrow Services Corp.
- Golden View Horizon LLC dba Horizon Escrow Services"

**Objection: Hearsay [FRE 801]; Lack of foundation; Lack of authentication [FRE 901, 902]; Beyond the scope of declarant's knowledge [FRE 602]; Irrelevant [FRE 401, 402].**

_____Sustained    _____Overruled

20. **Objectionable Testimony:** Page 5, Paragraph 23, Lines 13-15, which state: "Attached hereto as Exhibit T is a copy of a personal financial statement of Gao maintained among the Debtor's books and records, signed by Gao on or about March 3, 2013 and submitted to Shanghai Commercial Bank."

**Objection: Hearsay [FRE 801]; Lack of foundation; Lack of authentication [FRE 901, 902]; Beyond the scope of declarant's knowledge [FRE 602]; Irrelevant [FRE 401, 402].**

_____Sustained    _____Overruled

21. **Objectionable Testimony:** Page 5, Paragraph 24, Lines 16-17, which state: "Based on my review of information received from Mega Bank and East West Bank, all of the known accounts in the name of the Debtor were closed on or before April 3, 2015."

**Objection: Lack of foundation; lack of authentication [FRE 901, 902]; beyond the scope of declarant's knowledge [FRE 602]; irrelevant [FRE 401, 402].**

_____Sustained    _____Overruled

22. **Objectionable Testimony:** Page 5, Paragraph 25, Lines 18-20, which state: "Attached hereto as Exhibit U is a copy of a check payable to North America Asset Management Corp. from the Debtor for $1 million dated July 30, 2013, signed by Kirk, and received from Mega Bank pursuant to the Committee's document requests."

**Objection: Hearsay [FRE 801]; Lack of foundation; Lack of authentication [FRE 901, 902]; Beyond the scope of declarant's knowledge [FRE 602]; Irrelevant [FRE 401, 402].**

_____Sustained    _____Overruled

1    **23. Objectionable Testimony:** Page 5, Paragraph 26, Lines 21-23, which state: "Attached

2 hereto as Exhibit V is a signature card received from Mega Bank pursuant to the Committee's

3 document requests pertaining to the account of North America Asset Management Corporation

4 (xxx1325) and reflecting Kirk as the sole signatory."

5    **Objection: Hearsay [FRE 801]; Lack of foundation; Lack of authentication [FRE**

6 **901, 902]; Beyond the scope of declarant's knowledge [FRE 602]; Irrelevant [FRE 401, 402].**

7    _____**Sustained**    _____**Overruled**

8    **24. Objectionable Testimony:** Page 5, Paragraph 27, Lines 24-26, which state: "Attached

9 hereto as Exhibit W are copies of documents received from Sincere Escrow pertaining to file no.

10 13665MC / property at 3931 Alemany Boulevard, San Francisco: (a) amended escrow

11 instructions dated March 26, 2013 to Sincere Escrow from the Debtor directing the disposition of

12 funds, and (b) wire confirmations reflecting payments of $1.8 million to the Debtor, $948,510 to

13 the Debtor, and $200,516.13 to 444 East Huntington LLC."

14    **Objection: Hearsay [FRE 801]; Lack of foundation; Lack of authentication [FRE**

15 **901, 902]; Beyond the scope of declarant's knowledge [FRE 602]; Irrelevant [FRE 401, 402].**

16    _____**Sustained**    _____**Overruled**

17

18 Date: December 6, 2016       **COSTELL & CORNELIUS LAW CORPORATION**

19

20                 By:_____*/s/ Summer Saad*_____

21                       Alexandre Ian Cornelius
                      Summer R. Saad

22                       Attorneys for Defendant LUCY GAO

23

24

25

26

27

28

EVIDENTIARY OBJECTIONS TO DECLARATIONS OF
FULGHAM, HUANG, HELD AND RICHARDS

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1299 Ocean Ave., Suite 450, Santa Monica, CA 90401.

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF ERRATA TO GAO'S EVIDENTIARY OBJECTIONS TO THE DECLARATIONS OF REECE FULGHAM, SHAO FANG HUANG, ERIC HELD, AND JEREMY RICHARDS IN SUPPORT OF THE COMMITTEE'S MOTION FOR SUMMARY ADJUDICATION OF DEFENDANTS' LIABILIITY FOR BREACH OF FIDUCIARY DUTIES AND ACCOUNTING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) December 6, 2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | |
|---|---|
| Alexandre I Cornelius | aicornelius@costell-law.com; ssaad@costell-law.com; mharris@costell-law.com; jstambaugh@costell-law.com; ladelson@costell-law.com; jlcostell@costell-law.com |
| William Crockett | wec@weclaw.com; ksa@weclaw.com |
| Gail S Greenwood | ggreenwood@pszjlaw.com; efitzgerald@pszjlaw.com |
| Jeremy V Richards | jrichards@pszjlaw.com; bdassa@pszjlaw.com; imorris@pszjlaw.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |
| James S Yan | jsyan@msn.com |

2.  **SERVED BY UNITED STATES MAIL**:
On (*date*) December 6, 2016, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | |
|---|---|
| William Crockett | wec@weclaw.com; ksa@weclaw.com |
| Gail S Greenwood | ggreenwood@pszjlaw.com; efitzgerald@pszjlaw.com |
| Jeremy V Richards | jrichards@pszjlaw.com; bdassa@pszjlaw.com; imorris@pszjlaw.com |

3.  **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) December 6, 2016, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Thomas B. Donovan
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and U.S. Courthouse
255 East Temple Street, Suite 1345
Los Angeles, CA 90012

///

NOTICE OF ERRATA

1 | ///

2 | I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

3 | December 6, 2016                    Melvin Harris                    /s/ Melvin Harris

4 | *Date*                         *Printed Name* ·                    *Signature*

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF ERRATA