| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Jeremy V. Richards (CA SBN 102300)<br>Gail S. Greenwood (CA SBN 169939)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA  90067<br>Telephone: 310-277-6910<br>Facsimile:  310-201-0760<br>Email:    jrichards@pszjlaw.com<br>             ggreenwood@pszjlaw.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Bradley D. Sharp, Plan Administrator under the Confirmed First Amended Chapter 11 Plan of Liquidation Dated January 31, 2018 for Liberty Asset Management Corporation | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -  LOS ANGELES DIVISION**

| In re:<br><br>LIBERTY ASSET MANAGEMENT CORPORATION,<br>a California Corporation<br><br>                                                           Debtor(s). | CASE NO.: 2:16-bk-13575-ER<br><br>ADVERSARY NO.: 2:16-ap-01337-ER<br><br>CHAPTER: 11 |
|---|---|
| BRADLEY D. SHARP, Plan Administrator Under The Confirmed First Amended Chapter 11 Plan of Liquidation Dated January 31, 2018 for LIBERTY ASSET MANAGEMENT CORPORATION,<br><br>                                                        Plaintiff(s).<br>                              vs.<br><br>LUCY GAO, an individual, and BENJAMIN KIRK, an individual<br><br>                                                        Defendant(s). | **JOINT STATUS REPORT**<br>**[LBR 7016-1(a)(2)]**<br><br><br>DATE:   April 16, 2019<br>TIME:    10:00 a.m.<br>COURTROOM:  1345<br>ADDRESS: 255 E. Temple Street<br>                    Los Angeles, CA  90012 |

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1 (a)(2):

**A.  PLEADINGS/SERVICE:**

1. Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)?   ☒ Yes   ☐ No

2. Have all parties filed and served answers to the Claims Documents?   ☒ Yes   ☐ No

3. Have all motions addressed to the Claims Documents been resolved?   ☒ Yes   ☐ No

4. Have counsel met and conferred in compliance with LBR 7026-1?   ☒ Yes   ☐ No

5. If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES," please explain below *(or on attached page)*:

B. **READINESS FOR TRIAL:**

1. When will you be ready for trial in this case?

   <u>Plaintiff</u>                                                          <u>Defendant</u>

   February 2020

2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.

   <u>Plaintiff</u>                                                          <u>Defendant</u>

   The case is remanded on the issues of breach of fiduciary duties and failure to account. Plaintiff requires additional discovery as to each issue and will seek an order compelling an accounting by Defendants with respect to estate assets prior to trial.

3. When do you expect to complete <u>your</u> discovery efforts?

   <u>Plaintiff</u>                                                          <u>Defendant</u>

   November 30, 2019

4. What additional discovery do you require to prepare for trial?

   <u>Plaintiff</u>                                                          <u>Defendant</u>

   Written Discovery
   Depositions

C. **TRIAL TIME:**

1. What is your estimate of the time required to present <u>your side of the case</u> at trial *(including rebuttal stage if applicable)?*

   <u>Plaintiff</u>                                                          <u>Defendant</u>

   3 days

2. How many witnesses do you intend to call at trial *(including opposing parties)?*

   <u>Plaintiff</u>                                                          <u>Defendant</u>

   10 witnesses

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                        Page 2                                        **F 7016-1.STATUS.REPORT**
DOCS_SF:100561.1 52593/003

3. How many exhibits do you anticipate using at trial?

|  Plaintiff  |  Defendant  |
| --- | --- |
| 75-100 exhibits | |

### D. PRETRIAL CONFERENCE:

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court. [See LBR 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

| Plaintiff | Defendant |
| --- | --- |
| Pretrial conference ☒ is ☐ is not requested | Pretrial conference ☐ is ☐ is not requested |
| Reasons: | Reasons: |

| Plaintiff | Defendant |
| --- | --- |
| Pretrial conference should be set <u>after</u>: | Pretrial conference should be set <u>after</u>: |
| (*date*) 1/15/2020 | (*date*) |

### E. SETTLEMENT:

1. What is the status of settlement efforts?

   Informal discussions are ongoing.

2. Has this dispute been formally mediated?    ☐ Yes    ☒ No
   If so, when?

3. Do you want this matter sent to mediation at this time?

| Plaintiff | Defendant |
| --- | --- |
| ☐ Yes    ☒ No | ☐ Yes    ☐ No |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*  Page 3  **F 7016-1.STATUS.REPORT**
DOCS_SF:100561.1 52593/003

**F. FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

| Plaintiff | Defendant |
|---|---|
| I ☒ do consent | I ☐ do consent |
| I ☐ do not consent | I ☐ do not consent |
| to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. | to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. |

**G. ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** *(Use additional page if necessary)*

By Order dated February 8, 2019, the District Court reversed and remanded the Bankruptcy Court's summary adjudication of liability against Gao and Kirk, which was the basis for a Judgment in favor of the estate and against Gao and Kirk, jointly and severally, in the amount of $74.1 million. The Plan Administrator must depose Gao regarding, among other matters, questions to which she invoked her Fifth Amendment privilege against self-incrimination at a Rule 341 meeting of creditors (including her employment, job functions, responsibilities, assets purchased using investor funds, and proceeds from the Geary sale). The Plan Administrator anticipates written discovery regarding his claims for breach of fiduciary duties and accounting. To the extent that the issues are more complicated than was previously submitted on summary adjudication, the Plan Administrator may offer expert testimony to support liability and damages.

The Plan Administrator has reached a tentative settlement agreement with Kirk for which signatures are pending. A Notice of Compromise will be filed upon receipt of the signatures, and Kirk will be dismissed from this adversary proceeding only upon receipt of full payment on or after June 30, 2019. Absent a fully executed settlement and good faith performance, Kirk will remain a defendant and subject to discovery and litigation.

Respectfully submitted,

Date: April 3, 2019

Pachulski Stang Ziehl & Jones LLP
Printed name of law firm

*/s/ Gail S. Greenwood*
Signature

Gail S. Greenwood
Printed name

Attorney for: Bradley D. Sharp, Plan Administrator

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**150 California Street, 15th Floor San Francisco, California 94111.**

A true and correct copy of the foregoing document entitled: **JOINT STATUS REPORT [LBR 7016-1 (a)(2)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On *(date)* **April 3, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- *Gail S Greenwood    ggreenwood@pszjlaw.com, rrosales@pszjlaw.com*
- *Mitchell B Ludwig    mbl@kpclegal.com*
- *Jeremy V Richards    jrichards@pszjlaw.com, bdassa@pszjlaw.com;imorris@pszjlaw.com*
- *Timothy J Silverman    tsilverman@scheerlawgroup.com*
- *Derrick Talerico    dtalerico@ztlegal.com, maraki@ztlegal.com,sfritz@ztlegal.com*
- *United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov*
- *Stephen R Wade    srw@srwadelaw.com, reception@srwadelaw.com*
- *James S Yan    jsyan@msn.com*

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On *(date)* **April 3, 2019**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Benjamin Kirk
2648 E. Workman Ave.
#3001-263
West Covina, CA 91791

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *(date)* **April __, 2019**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**PERSONAL DELIVERY**
Honorable Ernest M. Robles
U.S. Bankruptcy Court, Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1560 / Courtroom 1568
Los Angeles, CA 90012

By Email:
Lucy Gao *lucyg3131@gmail.com*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 3, 2019 | Hung Phan | */s/ Hung Phan* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |